AO 451 (Rev. 11/91)  Certification of Judgment

# United States District Court

Eastern _____ DISTRICT OF _____ Kentucky

06  105

U.S. Bank National Association

V.

RX Processing Corporation and
Financial Services International, Inc.

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

Case Number:  2:05-cv-176

I, ___Leslie G. Whitmer_____, Clerk of the United States district court

certify that the attached judgment is a true and correct copy of the original judgment entered in this action on

___January 31, 2006_____, as it appears in the records of this court, and that
         Date

*

No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

___May 15, 2006___         ___Leslie G. Whitmer___
     Date                        Clerk

                                 _Kolleen Reynolds_ (signature)
                                 (By) Deputy Clerk

---

*Insert the appropriate language: ... "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ... "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ... "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ... "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

Eastern District of Kentucky
FILED

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

JAN 31 2006

AT COVINGTON
LESLIE G. WHITMER
CLERK U S DISTRICT COURT

| | | |
|---|---|---|
| **U.S. BANK NATIONAL ASSOCIATION** | 06  105 | **PLAINTIFF** |
| v. | | Civil Action No. 2:05-cv-176 |
| **RX PROCESSING CORPORATION and** | | |
| **FINANCIAL SERVICES INTERNATIONAL, INC.** | | **DEFENDANTS** |

**DEFAULT JUDGMENT**

This matter having come before the court upon the motion of the plaintiff, U.S. Bank National Association, pursuant to Federal Rule of Civil Procedure 55, for a Default Judgment against the defendant, Financial Services International, Inc., and it appearing from the record that said defendant was served with summons and a copy of the plaintiff's complaint via certified mail as indicated on the return of service filed in this action on September 27, 2005, and further appearing that said defendant has failed to plead or otherwise defend herein within the time prescribed by law, and with the Court having reviewed the record and being fully advised,

IT IS HEREBY ORDERED, DECREED AND ADJUDGED as follows:

1. The plaintiff's Motion for Default Judgment against the defendant, Financial Services, International, Inc., is sustained.

2. The plaintiff, U.S. Bank National Association be, and it hereby is, awarded a JUDGMENT on Count I of its complaint against the defendant, Financial Services International, Inc., in the amount of $104,850.92, plus prejudgment interest at the rate of 8.00% per annum from January 11, 2005 until the date of judgment on January 26, 2006 in the amount of $8,755.77, plus interest on all the foregoing from the date of judgment at the post-judgment rate of 12.00% per annum, compounded annually, until paid, plus its attorneys' fees, costs and

I certify that this is a true and correct copy of the original filed in my office.
LESLIE G. WHITMER, CLERK
By: Kathleen Reynolds
Date 5-15-06

expenses in the amount of $10,136.98, together with interest on said attorneys' fees, costs and expenses at the rate of 10.00% per annum.

3. IT IS FURTHER ORDERED that this cause be continued pending further Orders of this Court.

4. The Clerk of this Court shall mail a copy of this judgment to the plaintiff, defendants and all parties or their counsel of record.

5. This is a final judgment, there being no just cause for delay in its entry.

Dated this 31st day of February, 2006.
                                    January

Signed By:
David L. Bunning
United States District Judge

HON. DAVID L. BUNNING, JUDGE
EASTERN DISTRICT OF KENTUCKY

DISTRIBUTION:

John A. Combs, Esq.
Jeffery S. Rosenstiel, Esq.
Frost Brown Todd LLC
250 West Main Street, Suite 2700
Lexington, Kentucky 40507
*Counsel for Plaintiff, U.S. Bank National Association*

Financial Services International, Inc.
c/o CT Corporation System, Registered Agent
Kentucky Home Life Building
Louisville, Kentucky 40507
*Defendant*

RX Processing Corporation
c/o Peter Fiorillo, Registered Agent
6383 Dartmouth Avenue
St. Petersburg, Florida 33710
*Defendant*

RX Processing Corporation
c/o Peter Fiorillo, Registered Agent
3001 N. Rocky Point Drive
Tampa, Florida 33606
*Defendant*

RX Processing Corporation
c/o Jacqueline Amadio, Officer/Director
7099 Greenbrier Drive
Seminole, Florida 33777
*Defendant*



# Frost Brown Todd LLC

ATTORNEYS

KENTUCKY · OHIO · INDIANA · TENNESSEE

Jennifer C. Wakefield
(859) 244-7526
JWAKEFIELD@FBTLAW.COM

May 17, 2006

U.S. District Court Clerk
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

06 -105

*Re:*  *U.S. Bank National Association v. RX Processing Corporation and Financial Services International, Inc.*

Dear Clerk:

Enclosed please find an original and one copy of a Certification of Judgment for Registration in Another District in connection with the above-referenced action. Please file the original and return the file-stamped copy to me in the attached self-addressed envelope. I have included our check, # 13442, in the amount of $39.00, for your fees.

If you have any questions or need any additional information, please do not hesitate to contact me at the above Lexington number.

Very truly yours,

*Jennifer C. Wakefield*

Jennifer C. Wakefield
Paralegal

Enclosures

LEXLibrary 8082629.0533818 298941v.1

**FROST BROWN TODD** LLC
250 West Main St., Suite 2700
Lexington, KY 40507

U.S. District Court Clerk
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801